

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 4 2017
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 17-1674M |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| EDWIN NOE POP, | |
| Defendant. | |

## I.

A.  ( )  On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

    5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.  ( x ) On motion by the Government/( ) on Court's own motion, in a case allegedly involving illegal alien found in the United States following deportation:

   ( x ) On the further allegation by the Government of:
   1. ( x ) a serious risk that the defendant will flee.
   2. ( )  a serious risk that the defendant will:
      a. ( ) obstruct or attempt to obstruct justice.
      b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government ( ) is/( x ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.  ( x ) The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure:
   ( x ) the appearance of the defendant as required.
      ( X ) and/or
   ( x ) The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure:
      ( x ) the safety of any person or the community.

B.  ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court's findings are based on the evidence which was presented in Court, the information contained in the Pretrial Services Report, and a consideration of the

following:

A. (✘) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or involves a controlled substance, firearm, explosive, or destructive device;

B. (✘) the weight of evidence against the defendant is high;

C. (✘) the history and characteristics of the defendant as set forth below in section V; and

D. (✘) the nature and seriousness of the danger to any person or the community as set forth below in section V.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (x) As to flight risk:

Defendant was previously deported from the United States to Guatemala in September 2012, following his 2009 conviction for assault with a deadly weapon with an enhancement for great bodily injury in the Los Angeles Superior Court, and had no legal status in the United States. Nevertheless, Defendant returned to the United States without permission before being found and charged with the instant offense on March 30, 2017. Defendant has also sustained a DMV failure to appear conciction on December 6, 2016 and misdemeanor conviction for being an unlicensed driver on July 6, 2017. Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail. Moreover the prospective penalty that defendant faces, if convicted of the charged offense, supports a finding that

release on bail will pose a flight risk because defendant will likely be deported after serving the sentence imposed, and the Court finds that, in conjunction with the other factors noted above, this will provide an incentive to flee the jurisdiction.

B. ( x ) As to danger:

    Defendant's criminal history includes a felony conviction for assault with a deadly weapon with an enhancement for great bodily injury and misdemeanor convictions for being an unlicensed driver, possession of unlawful paraphernalia and providing false identification to a peace officer, in addition to numerous contacts with law enforcement including in 2017.

    The Court finds that release on bail would pose a danger to others and to the community.

**VI.**

A. ( ) The Court finds that a serious risk exists the defendant will:
   1. ( ) obstruct or attempt to obstruct justice.
   2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

**VII.**

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: September 14, 2017         /s/
                                  ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE